UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
        ) No. 4:09CR00390HEA
JIE FEI, )
)
        Defendant. )

FILED
JUN - 3 2009
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1.    At all times the defendant, Jie Fei, was an employee of Huttig Building Products, Inc., St. Louis County, Missouri.

2.    Huttig Building Products is a wholesale distributor of building products used generally in construction of residential homes in the St. Louis, Missouri area.

3.    As part of their business Huttig leases vehicles for their employees to assist in their job performance.

4.    Generally these vehicles were leased by Huttig from Lease Plan USA, Alpharetta, Georgia. Once a vehicle lease term ended, Huttig had the option of returning the vehicle or purchasing it from the leasing company.

5.    If Huttig purchased the vehicle they would, if necessary, pay the leasing company, Lease Plan USA, Alpharetta, Georgia.

6. The defendant, Jei Fei, was in charge of these vehicles on behalf of Hutting.

7. On the purchased vehicles, defendant Fei would either sell to Huttig employees or others. On numerous occasions defendant Fei would, without Huttig's knowledge and approval, have these purchased vehicles titled in defendant Fei's own name.

8. These vehicles would be sold by defendant Fei to a used car dealer in the St. Louis, Missouri area.

9. These sales were also without the knowledge and approval of Huttig.

10. However, on numerous occasions, defendant Fei diverted and otherwise stole these monies by having the receipts from the sale deposited into defendant Fei's own bank account.

11. Beginning November 1, 2004, and continuing through the end of January 2009, defendant Jie Fei sold approximately 38 vehicles and diverted, and otherwise stole, approximately $253,200.00 from his employer Huttig Building Products without their knowledge and approval.

12. On or about December 1, 2008, in the County of St. Louis, in the Eastern District of Missouri,

**JIE FEI,**

the defendant herein, having devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly and wilfully transmit and cause to be transmitted by means of wire communication in interstate commerce from Alpharetta, Georgia (Lease Plan USA) to St. Louis County (Huttig Building Products, Inc.) an email of a monthly bill falsely and

fraudulently representing the sale of a 2006 Chrysler 300 Tourig, VIN# 2C3KA53G46H398124, from Lease Plan to Huttig when, in fact, Huttig had not authorized such purchase and by such action Jie Fei, an employee of Huttig, deprived Huttig of their intangible right to his full and honest services.

In violation of Title 18, United States Code, Sections 2, 1343, and 1346.

## COUNT TWO

1. The Grand Jury realleges and incorporates by reference paragraphs 1 through 12 of Count One.

2. The Grand Jury further charges that:

On or about January 1, 2009, in the County of St. Louis, in the Eastern District of Missouri,

### JIE FEI,

the defendant herein, having devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly and wilfully transmit and cause to be transmitted by means of wire communication in interstate commerce from Alpharetta, Georgia (Lease Plan USA) to St. Louis County (Huttig Building Products, Inc.) an email of a monthly bill falsely and fraudulently representing the sale of a 2006 Dodge Magnum, VIN# 2D4FV47T16H300432, from Lease Plan to Huttig when, in fact, Huttig had not authorized such purchase and by such action Jie Fei, an employee of Huttig, deprived Huttig of their intangible right to his full and honest services.

In violation of Title 18, United States Code, Sections 2, 1343, and 1346.

## COUNT THREE

1. The Grand Jury realleges and incorporates by reference paragraphs 1 through 12 of Count One.

2. The Grand Jury further charges that:

On or about February 1, 2009, in the County of St. Louis, in the Eastern District of Missouri,

**JIE FEI,**

the defendant herein, having devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly and wilfully transmit and cause to be transmitted by means of wire communication in interstate commerce from Alpharetta, Georgia (Lease Plan USA) to St. Louis County (Huttig Building Products, Inc.) an email of a monthly bill falsely and fraudulently representing the sale of a 2008 Dodge Grand Caravan, VIN# 1D8HN44H38B141397, from Lease Plan to Huttig when, in fact, Huttig had not authorized such purchase and by such action Jie Fei, an employee of Huttig, deprived Huttig of their intangible right to his full and honest services.

In violation of Title 18, United States Code, Sections 2, 1343, and 1346.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. REAP, #9156
Acting United States Attorney