UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:09 CR 390 HEA |
| | ) | |
| JIE FEI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ACCEPTANCE OF PREPAYMENT OF RESTITUTION

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Carrie Costantin, Assistant United States Attorney for said District, and in support of its motion, states:

1. Defendant was indicted in the above cause in 2009.  He has been outside the United States since that time.  Counsel for defendant has advised the undersigned that defendant wishes to return to the United States and answer the charges.

2. Counsel for Defendant has advised the undersigned that Defendant wishes to make payment of restitution to the victim prior to his court appearance.  To that end, defense counsel has provided a check in the amount of $253,200.00 payable to the "Clerk, United States District Court."

3. Accordingly, the Government requests an Order directing the Clerk of Court to accept said check as prepayment of restitution in this matter and hold disbursement of such funds to the victim until after sentencing, when a formal order of restitution can be issued.

WHEREFORE, the United States respectfully requests the Court to grant its motion directing the Clerk of Court to (1) accept prepayment of restitution in the form of the above described check in the amount of $253,200.00, and (2) hold disbursement of funds to the victim until after sentencing.

    Respectfully submitted,

    JEFFREY B. JENSEN
    United States Attorney

    */s/Carrie Costantin*
    CARRIE COSTANTIN #35925
    Assistant United States Attorney
    111 South 10th Street, 20th Floor
    St. Louis, Missouri 63102
    (314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on   January 29, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

    */s/Carrie Costantin*
    CARRIE COSTANTIN #35925
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:09 CR 390 HEA |
| JIE FEI, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to:  (1) accept prepayment of restitution in this matter, in the form of the attached check in the amount of $253,200.00, and (2) hold disbursement of such funds to the victim until after sentencing.

Dated this ____ day of January, 2018

_____
UNITED STATES DISTRICT JUDGE