IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America,<br>        Plaintiff,<br>v.<br>Jie Fei,<br>        Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 18 CR 98-1<br><br>Magistrate Judge Martin |

## ORDER

Defendant appeared before Magistrate Judge Martin on 2/12/2018. Defendant is ordered remanded into federal custody until further order of the court.

Date: 2/12/2018

/s/ *Daniel G. Martin*
United States Magistrate Judge

